FILED
2013 FEB 12 AM 11:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ROLANDO RENDEROS, <br>  aka "Eduardo Rodriguez," <br>  aka "Eduardo Rodriguez Monserrate," <br> MILAGRO DEL CARMEN ALVAREZ HERNANDEZ, <br>  aka "Milagro Alvarez," <br>  aka "Rechi Robles," <br>  aka "Reshi Robles," and <br> JOSE ULLOA, <br><br> Defendants. | CR NO. 13-00102 <br><br> **I N D I C T M E N T** <br><br> [18 U.S.C. §§ 1029(b)(2), (a)(1), (c)(1)(A)(i): Conspiracy to Commit Access Device Fraud; 18 U.S.C. §§ 1029(a)(1), (c)(1)(A)(i): Access Device Fraud; 18 U.S.C. §§ 1029(b)(1), (a)(3), (c)(1)(A)(i): Attempted Access Device Fraud; 18 U.S.C. §§ 1029(a)(3), (c)(1)(A)(i): Possession of 15 or More Counterfeit Access Devices; 18 U.S.C. §§ 1029(a)(4), (c)(1)(A)(ii): Possession of Access Device-Making Equipment; 18 U.S.C. §§ 2320(a)(1), (b)(1)(A): Trafficking in Counterfeit Goods; 18 U.S.C. § 1001(a)(2): False Statement; 18 U.S.C. § 1001(a)(3): Using a False Document; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

///

///

WLH:wlh

COUNT ONE

[18 U.S.C. §§ 1029(b)(2), (a)(1), (c)(1)(A)(i)]

A.  THE OBJECT OF THE CONSPIRACY

1.  Beginning on a date unknown to the Grand Jury but no later than on or about December 9, 2012, and continuing through on or about February 1, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendants JOSE ROLANDO RENDEROS, also known as ("aka") "Eduardo Rodriguez," aka "Eduardo Rodriguez Monserrate" ("RENDEROS"), MILAGRO DEL CARMEN ALVAREZ HERNANDEZ aka "Milagro Alvarez," aka "Rechi Robles," aka "Reshi Robles" ("ALVAREZ"), and JOSE ULLOA ("ULLOA"), together with others known and unknown to the Grand Jury, knowingly combined, conspired, and agreed to commit the following offense against the United States:  To Commit Access Device Fraud, in violation of Title 18, United States Code, Section 1029(a)(1).

B.  THE MANNER AND MEANS OF THE CONSPIRACY

2.  The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

   a.  Defendants RENDEROS and ULLOA would obtain un-embossed, counterfeit access devices from the People's Republic of China;

   b.  Defendants RENDEROS and ULLOA would obtained unauthorized access device numbers;

   c.  Defendant RENDEROS would store the un-embossed, counterfeit access devices in a storage unit rented under the alias "Eduardo Rodriguez Monserrate";

   d.  Defendant RENDEROS and others known and unknown to the Grand Jury would obtain access device numbers;

   e. Defendant RENDEROS and others known and unknown to the Grand Jury would use access device-making equipment to emboss the counterfeit access devices;

   f. Defendant ALVAREZ and others known and unknown to the Grand Jury would use the counterfeit access devices to make purchases; and

   g. Defendant RENDEROS and others known and unknown to the Grand Jury would transfer the access devices to others to use.

C. OVERT ACTS

 3. In furtherance of the conspiracy, and to accomplish its object, defendants RENDEROS, ALVAREZ, and ULLOA, together with others known and unknown to the Grand Jury, committed and willfully caused others to commit the following overt acts, among others, in the Central District of California and elsewhere:

 <u>Overt Act No. 1</u>: On or about December 13, 2012, defendant ALVAREZ used a counterfeit access device to make a purchase in the amount of $1,601.72 at NoMi Kids Boutique in Los Angeles, California.

 <u>Overt Act No. 2</u>: On or about February 1, 2013, defendant RENDEROS and defendant ULLOA attempted to import over 12,000 un-embossed counterfeit access devices.

 <u>Overt Act No. 3</u>: On or about February 1, 2013, defendant RENDEROS and defendant ULLOA obtained approximately 3,000 un-embossed counterfeit access devices.

 <u>Overt Act No. 4</u>: On or about February 1, 2013, defendant RENDEROS stored approximately 80,000 counterfeit access devices at a storage unit rented under the alias "Eduardo Rodriguez

1 Monserrate."

2     <u>Overt Act No. 5</u>: On or about February 1, 2013, defendant
3 RENDEROS stored access device-making equipment at a storage unit
4 rented under the alias "Eduardo Rodriguez Monserrate."

## COUNT TWO

[18 U.S.C. §§ 1029(a)(1), (c)(1)(A)(i), 2(a)]

4. On or about December 13, 2012, in Los Angeles County, within the Central District of California, defendants JOSE ROLANDO RENDEROS, also known as ("aka") "Eduardo Rodriguez," aka "Eduardo Rodriguez Monserrate," and MILAGRO DEL CARMEN ALVAREZ HERNANDEZ aka "Milagro Alvarez," aka "Rechi Robles," aka "Reshi Robles," aiding and abetting one another, knowingly and with intent to defraud used a counterfeit access device in a manner affecting interstate and foreign commerce.

COUNT THREE

[18 U.S.C. §§ 1029(a)(1), (c)(1)(A)(i)]

5. On or about February 1, 2013, in Los Angeles County, within the Central District of California, defendants JOSE ROLANDO RENDEROS, also known as ("aka") "Eduardo Rodriguez," aka "Eduardo Rodriguez Monserrate," and JOSE ULLOA, in a manner affecting interstate and foreign commerce, knowingly and with intent to defraud trafficked in counterfeit access devices, namely, approximately 3,000 un-embossed credit and debit cards.

```
                         COUNT FOUR
           [18 U.S.C. §§ 1029(b)(1), (a)(3), (c)(1)(A)(i)]
```

6.   On or about February 1, 2013, in Los Angeles County, within the Central District of California, defendant JOSE ROLANDO RENDEROS, also known as ("aka") "Eduardo Rodriguez," aka "Eduardo Rodriguez Monserrate," and defendant JOSE ULLOA, in a manner affecting interstate and foreign commerce, knowingly and with intent to defraud attempted to possess at least 15 counterfeit access devices, namely, approximately 9,000 un-embossed credit and debit cards.

## COUNT FIVE

[18 U.S.C. §§ 1029(a)(3), (c)(1)(A)(i)]

7. On or about February 1, 2013, in Los Angeles County, within the Central District of California, JOSE ROLANDO RENDEROS, also known as ("aka") "Eduardo Rodriguez," aka "Eduardo Rodriguez Monserrate," in a manner affecting interstate and foreign commerce, knowingly and with intent to defraud possessed at least 15 counterfeit and unauthorized access devices, namely, approximately 3,000 un-embossed access device cards, approximately 16 counterfeit and unauthorized access devices, and approximately 80,000 un-embossed access device cards.

## COUNT SIX

[18 U.S.C. §§ 1029(a)(4), (c)(1)(A)(ii)]

8. On or about February 1, 2013, in Los Angeles County, within the Central District of California, defendant JOSE ROLANDO RENDEROS, also known as ("aka") "Eduardo Rodriguez," aka "Eduardo Rodriguez Monserrate," in a manner affecting interstate and foreign commerce, knowingly and with intent to defraud had control and custody of and possessed access device-making equipment, namely, a device used to emboss access devices and two access device readers.

COUNT SEVEN

[18 U.S.C. §§ 2320(a)(1), (b)(1)(A)]

9. On or about February 1, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOSE ROLANDO RENDEROS, also known as ("aka") "Eduardo Rodriguez," aka "Eduardo Rodriguez Monserrate," did intentionally traffic in counterfeit goods, namely, plastic cards, and knowingly used on and in connection with such goods counterfeit marks, namely, spurious marks identical to and substantially indistinguishable from the "Visa" trademark in use and registered on the principal register in the United States Patent and Trademark Office as 1,071,114, and the use of which marks was likely to cause confusion, to cause mistake, and to deceive.

## COUNT EIGHT

[18 U.S.C. § 1001(a)(2)]

10. On or about February 1, 2013, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the Department of Homeland Security, Homeland Security Investigations, of the United States ("HSI"), defendant JOSE ROLANDO RENDEROS, also known as ("aka") "Eduardo Rodriguez," aka "Eduardo Rodriguez Monserrate" ("RENDEROS"), knowingly and willfully made a false material statement, in that defendant RENDEROS stated to HSI Special Agents that his name was "Eduardo Rodriguez," when, in truth and in fact and as defendant well-knew, his true name is "Jose Rolando Renderos."

## COUNT NINE

[18 U.S.C. § 1001(a)(3)]

11. On or about February 1, 2013, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the Department of Homeland Security, Homeland Security Investigations, of the United States ("HSI"), defendant JOSE ROLANDO RENDEROS, also known as ("aka") "Eduardo Rodriguez," aka "Eduardo Rodriguez Monserrate" ("RENDEROS"), knowingly and willfully used a false document, namely, a California Driver's License in the name of "Eduardo Rodriguez Monserrate" (the "CADL") knowing the same to contain a false material statement, in that defendant RENDEROS presented the CADL to HSI Special Agents as his identification when, in truth and in fact and as defendant RENDEROS well-knew, his true name is "Jose Rolando Renderos."

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*(signature)*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber & Intellectual Property Crimes Section